UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| BMO Harris Bank N.A., : | |
| : | |
| Plaintiff, : | |
| : | Case No. 3:17-cv-00311 |
| v. : | |
| : | Judge Thomas M. Rose |
| Islom Aripov, : | |
| : | |
| Defendant. : | |

**ORDER TERMINATING REQUIREMENT IN 11/26/2019 NOTATION ORDER
AND ORDERING DEFENDANT TO ANSWER OR OTHERWISE RESPOND
TO THE COMPLAINT ON OR BEFORE MARCH 20, 2020**

The Court has received the Status Report filed by counsel for Plaintiff BMO Harris Bank N.A. ("Plaintiff"). (Doc. 6.) Having reviewed a portion of the docket page for the bankruptcy case referenced in the Status Report (Bankr. S.D. Ohio Case No. 3:17-ck-32819), it appears that there is an error in the Status Report such that the Bankruptcy Court did not enter an order dismissing that case on February 25, 2019, but actually did so on February 24, 2020. (*See* Bankr. S.D. Ohio Case No. 3:17-ck-32819 at Doc. 87.) The Court **ORDERS** that the requirement in its 11/26/2019 NOTATION ORDER that "Plaintiff's counsel provide the Court with a status update in regard to this case every 3 months" is **TERMINATED**.

Although Plaintiff requests in the Status Report that a schedule be set in this case pending before the undersigned, a review of the docket shows that Defendant Islom Aripov ("Defendant") has yet to answer or otherwise respond to the Complaint (Doc. 1). The Court **ORDERS** Defendant to answer or otherwise respond to the Complaint on or before March 20, 2020.

1

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, February 28, 2020.

                                                                                                      s/Thomas M. Rose
                                                               _____
                                                                            THOMAS M. ROSE
                                                             UNITED STATES DISTRICT JUDGE